AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Frederick E. Schlafly, III

    vs.

Michael J. Astrue,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:06-588-GRA

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]     **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner is Reversed and the case is remanded to the Commissioner under sentence four, 42 U.S.C. Section 405(g) for further proceedings.

LARRY W. PROPES, Clerk

BY: *Dianne Napier*
Deputy Clerk

March 15, 2007