UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Frederick E. Schlafly, III,

               Plaintiff,

     v.

Michael J. Astrue, Commissioner
of Social Security,

               Defendant.

C/A No. 6:06-0588-GRA-WMC

**ORDER**
(Written Opinion)

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Plaintiff's attorney seeks $1,830.00 in attorney's fees for 12.2 hours at $150.00 per hour, and $250.00 in costs for filing the lawsuit. The government filed a response in support of the petition for attorney's fees.

After a review of the record, Plaintiff's attorney's petition, and the government's response thereto, this Court finds that an award of attorney's fees in the amount requested is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded one thousand, eight hundred thirty dollars ($1,830.00) in attorney's fees and two hundred fifty dollars ($250.00) in expenses.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

April 26, 2007

Anderson, South Carolina